UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARMANDO A. MARROQUIN,<br>　　　　Plaintiff,<br>　　v.<br>MATTHEW CATE, et al.,<br>　　　　Defendants. | Case No: C 11-4535 SBA (PR)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Denying Plaintiff's Motion for Leave to Amend; and Granting Defendants' Motion for Summary Judgment,

　　IT IS HEREBY ORDERED THAT judgment is hereby entered for Defendants. All parties shall bear their own costs. The Clerk of the Court shall close the file.

　　IT IS SO ORDERED.

Dated: September 30, 2014

　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

P:\PRO-SE\SBA\CR.11\Marroquin4535.jud.docx